AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

for the
**Western District of New York**

**United States of America**

**v.**

**STEVEN S. BUTLER**

*Defendant*

**Case No. 26-MJ-** 180

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

**COUNT ONE**

On or about August 24, 2026, in the Western District of New York, the defendant, **STEVEN S. BUTLER**, did knowingly, intentionally, and unlawfully possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT TWO**

On or about August 25, 2026, in the Western District of New York, the defendant, **STEVEN S. BUTLER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm, that is, one (1) FN 5.7x28 caliber handgun, bearing serial number 386415553, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*John Britzzalaro TFO*

JOHN F. BRITZZALARO
TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION

Sworn to and signed telephonically.
Date: August 25, 2026

*H. Kenneth Schroeder, Jr.*

HONORABLE H. KENNETH SCHROEDER
UNITED STATES MAGISTRATE JUDGE

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

I, **John F. Britzzalaro**, having been duly sworn, states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Detective of the Buffalo Police Detective (BPD) assigned as a Task Force Officer of the Federal Bureau of Investigation (FBI) of the United States Department of Justice. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I have served as an Officer with BPD since January 2018.[1] During that time, I have participated in investigations involving drug trafficking, gun possession, and organized crime matters. In addition, I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated firearms possession and drug trafficking networks, with regard to the manner in which controlled substances are obtained, diluted, packaged, distributed, sold and used within

---

[1] I was also previously employed from 2016 to 2018 as a police officer with Niagara Frontier Transportation Authority (NFTA) in Buffalo, NY

the framework of drug trafficking in the Western District of New York. As a result of my experience, I am familiar with how controlled substances are obtained, diluted, packaged, distributed, sold, and used in the framework of drug trafficking in the Western District of New York and how drug traffickers utilize wire communications to facilitate their illegal activities. My investigative experience detailed herein, and the experiences of other law enforcement agents, who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3. Your Affiant states that this investigation was conducted by Special Agents of the FBI and other law enforcement personnel assigned to the FBI Buffalo Division – Safe Streets Task Force (FBI-SSTF).[2] Your Affiant is fully familiar with the facts and circumstances of this investigation, such familiarity having been gained through: Your Affiant's personal knowledge based upon Your Affiant's participation in this investigation; statements by and/or reports provided to Your Affiant by law enforcement personnel of the FBI-SSTF, BPD, and information provided by confidential sources; consensual recordings; controlled evidence purchases of illegal drugs and controlled evidence purchases of firearms; physical surveillances; records checks of various public and law enforcement data bases; and other investigative techniques.

---

[2] The FBI-SSTF is comprised of Agents and Investigators from Immigration and Customs Enforcement, the Erie County Sheriff's Office, Lackawanna Police Department, Niagara Frontier Transportation Authority Police Department, and BPD.

4. I make this affidavit in support of a criminal complaint charging **STEVEN S. BUTLER**, with violations Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm), and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute cocaine).

## PROBABLE CAUSE

5. Since 2026, FBI-SSTF, along with BPD and the BPD Gang Intelligence Unit have been investigating the criminal activities of **STEVEN S. BUTLER** in and around the city of Buffalo, NY. FBI-SSTF has received information that **BUTLER** has been distributing large quantities of narcotics, specifically cocaine, to both persons known and unknown in the greater Western District of New York. This information was corroborated by physical and digital surveillance of **BUTLER**.

## SEARCH OF 1646 GENESEE ST.

6. On August 20, 2026, the Honorable John Feroleto, Buffalo City Court Judge issued a search warrant authorizing the search of the restaurant "Ike and BG's" located at 1646 Genesee St., Buffalo, NY. The restaurant is known to law enforcement as being owned and operated by **BUTLER** and used to store/distribute large quantities of narcotics.

7. On during the late-night hours of August 24, 2026, law enforcement executed the search warrant at 1646 Genesee St. Law enforcement discovered and seized various items of evidence, including the following:

| ITEM DESCRIPTION | LOCATION RECOVERED |
|---|---|
| Approximately two (2) kilograms of a white powdery substance that field tested positive for cocaine | 1646 Genesee St., storage closet |
| One Blender with white powder residue | 1646 Genesee St., storage closet |
| Approximately $169,553.00 of U.S. Currency | 1646 Genesee St., storage closet and front hallway |

8. On August 20, 2026, law enforcement reviewed the utility billing information from national fuel and discovered that the utilities for 1646 Genesee St. are in the name of "S and S Empire, LLC." An LLC search shows the listed Registered Agent of "S and S Empire, LLC" as **BUTLER**. **BUTLER** was observed by law enforcement surveillance at 1646 Genesee St. on multiple occasions. At the time of the search warrant, **BUTLER** was the only individual present inside of 1646 Genesee St. and was taken into custody.

**SEARCH OF 49 OLD POST RD and NY Registration MGT2211**

9. After the search of 1646 Genesee St., on August 25, 2026, law enforcement obtained search warrants for 49 Old Post Rd, Lancaster, NY, and a 2026 white Chevy Silverado, bearing NY Registration MGT2211, from the Honorable Kenneth Case, Erie County Supreme Court Judge, authorizing the search of 49 Old Post Rd, Lancaster NY as well as NY Registration MGT2211. 49 Old Post Rd is **BUTLER's** licensed address listed in the New York State DMV database. **BUTLER** was observed by law enforcement operating the Chevy Silverado, while conducting suspected narcotics trafficking activity at 1646 Genesee St. Buffalo, NY. Additionally, the vehicle was previously observed by law enforcement parked in the driveway of 49 Old Post Rd.

10. On August 25, 2026, law enforcement executed the search warrants at 49 Old Post Rd and on the Chevy Silverado, and the following items of evidence were seized:

| **ITEM DESCRIPTION** | **LOCATION RECOVERED** |
| --- | --- |
| A wallet with contents in **BUTLER's** name | 49 Old Post Rd, in the garage next to a black gun box |
| One (1) FN 5.7x28 caliber handgun loaded with a 10-round magazine of 5.7x28 ammunition, bearing serial #386415553 | 49 Old Post Rd, in a black gun box in the garage |
| Two (2) spare magazines loaded with 5.7x28 ammunition | 49 Old Post Rd, in a black gun box in garage |
| One (1) Purple Taurus 9mm G2S handgun with no magazine, bearing serial #AEB035408 | 49 Old Post Rd, inside of a safe in the garage |
| One (1) FN 5.7x28 caliber handgun loaded with a 10-round magazine of 5.7x28 ammunition, bearing serial #386443591; along with an additional loaded magazine of 5.7x28 ammunition | 49 Old Post Rd, inside of a safe in the garage |
| One Glock 43x 9mm handgun with no magazine, bearing serial #BZTK804 | 49 Old Post Rd, inside of a safe in the garage |
| Two (2) loaded magazines of 9mm ammunition, and one (1) unloaded 9mm magazine | 49 Old Post Rd, in a safe in the garage |
| One (1) black Taurus G2C .40 caliber handgun., loaded with nine rounds of .40 caliber ammunition, bearing serial number #SKA74689 | 49 Old Post Rd, in a small safe in the garage |
| One (1) FN 5.7x28 caliber handgun, unloaded but with multiple rounds of 5.7x28 ammunition in close proximity, bearing serial #386358268 | 49 Old Post Rd, in a small safe in the garage |
| Two (2) 5.7x28 caliber magazines | 49 Old Post Rd, in a small safe in the garage |
| One Smith and Wesson M&P .380 caliber handgun, loaded with six rounds of ammunition, bearing serial #RJN8996 | 49 Old Post Rd, in a small lockbox, in an upstairs bedroom |

| | |
|---|---|
| Approximately $46,026 of U.S. Currency | 49 Old Post Rd, in the upstairs bedroom |
| Approximately $56,480 of U.S. Currency | Inside of the Chevy Silverado |

11. On August 25, 2026, Your Affiant did contact Special Agent Timothy Fudella of the Bureau of Alcohol, Tobacco, Firearms and Explosives who stated to Your Affiant that, based on his training and experience, the FN 5.7x28 caliber handgun, bearing serial number 386415553 was not manufactured in New York State, and thus had traveled in and affected interstate commerce.

12. A review of **BUTLER's** criminal history shows that **BUTLER** was convicted of Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base in violation of Title 21, United States Code, Section 846, a Class C felony, in the United States District Court for the Western District of New York, on July 16, 2013; Criminal Possession of a Loaded Firearm in the 2nd Degree, a Class C felony, in New York County Court, Erie County, on February 29, 2008; and Attempted Criminal Possession of a Loaded Firearm in the 3rd Degree, a Class D felony, in New York County Court, Erie County, on August 6, 2004.

**WHEREFORE**, based upon the foregoing, I respectfully submit that there is probable cause to believe that **BUTLER** did knowingly, willfully, and unlawfully violate Title 18, United States Code, Sections 922(g)(1) (felon in possession of a firearm), and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute

cocaine). Accordingly, Your Affiant requests that a Criminal Complaint and Arrest Warrant as aforesaid be issued

John Britzzalaro TFO

JOHN BRITZZALARO
Task Force Office
Federal Bureau of Investigation

Sworn to and subscribed telephonically
this 25th day of August 2026.

H. Kenneth Schroeder, Jr.

HONORABLE H. KENNETH SCHROEDER
United States Magistrate Judge